IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT WILLIAMS,

    Plaintiff.

vs.                                                      CASE NO. 5:99cv303 MMP

MARK HENRY, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court upon Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (doc. 76). Plaintiff seeks to appeal this Court's dismissal, without prejudice, of his civil rights complaint. It is apparent from Plaintiff's Notice of Appeal (doc. 74) that Plaintiff seeks to appeal the Court's putative "denial of Plaintiff's rights to amend his complaint in order to correct the defaults determined by the Court [in the Report and Recommendation]." In its Order dismissing Plaintiff's complaint without prejudice, the Court expressly noted that Plaintiff is free to re-file an amended complaint in accordance with the prior orders of the Court. Thus, Plaintiff's appeal merely seeks the relief which he has already been granted - the right to amend his complaint. The Court finds such an appeal to be frivolous, and pursuant to 18 U.S.C. §1915(a)(3) certifies that the appeal is not taken in good faith. Plaintiff is reminded that he presently possesses the ability to re-file his complaint in accordance with the prior Order of the



77

Court.

Plaintiff also seeks to appeal the Court's denial of his "Motion Request that U.S. Magistrate Judge, Miles Davis Excuse Himself from Anymore Dealings in the Above Case" (doc. 69). As noted in the Order of October 3, 2002 (doc. 72), Plaintiff alleges no legal basis for the recusal of Magistrate Davis. The Court finds such an appeal to be frivolous, and pursuant to 18 U.S.C. §1915(a)(3) certifies that the appeal is not taken in good faith.

### ORDERED AND ADJUDGED:

1. The Court finds the grounds for Plaintiff's appeal to be frivolous, and pursuant to 18 U.S.C. §1915(a)(3) certifies that the appeal is not taken in good faith.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (doc. 76) is **DENIED**.

**DONE AND ORDERED** this *1ST* day of November, 2002.

*[signature]*
Maurice M. Paul, Senior District Judge